**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Justin Chin, individually and as a representative of a class of participants and beneficiaries on behalf of the Macy's, Inc. Enhanced Benefits Program,

Plaintiff,

vs.

Macy's, Inc.; Aon Consulting, Inc.; Hewitt Insurance Brokerage LLC; and Aon Insurance Agency LLC,

Defendants.

Case No. 1:26-cv-05673

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Justin Chin, by his undersigned attorneys, hereby voluntarily dismisses this action in its entirety against Defendants Macy’s Inc.; Aon Consulting, Inc.; Hewitt Insurance Brokerage LLC; and Aon Insurance Agency LLC, without prejudice.

Dated: September 30, 2026

Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Mark G. Boyko*
Gregory Y. Porter (NY Bar No. 1002490)
Ryan T. Jenny (NY Bar No. 3008745)
Mark G. Boyko (NY Bar No. 4306122)
80 Pine Street
33rd Floor
New York, NY 10005
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
mboyko@baileyglasser.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026, a copy of the foregoing was served on all counsel of record via ECF.

*/s/ Mark G. Boyko*
Mark G. Boyko